UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 21-1866-JWH (KKx)** | Date | July 1, 2022 |
| Title | ***Galen Gabel, et al. v. JPMorgan Chase Bank, N.A., et al.*** | | |

| | |
|---|---|
| Present: The Honorable | KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE |

| DONNISHA BROWN | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**    ORDER for defendant Coinbase, Inc. and Its Counsel to Show Cause Why Sanctions Should Not be Entered for Failure to File Confidential Settlement Conference Statement

     On May 24, 2022, this matter was referred to the assigned Magistrate Judge for a settlement conference to be completed no later than July 15, 2022.  ECF Docket No. ("Dkt.") 51.  On June 7, 2022, the Court issued an Order Regarding Settlement Conference, scheduling the settlement conference for July 7, 2022, and ordering the parties to submit Confidential Settlement Conference Statements five court days prior to the date of the settlement conference.  Dkt. 52.  The Order explicitly warns that "failure of any party to timely submit a Confidential Settlement Conference Statement in compliance with this Order, or otherwise comply strictly with this Order, may result in the Settlement Conference being ordered off calendar and sanctions being imposed."  Id.

     The parties' confidential settlement briefs were, thus, due on June 29, 2022.  The Court, however, has not received a Confidential Settlement Conference Statement from defendant Coinbase, Inc.

     The Court, therefore, ORDERS defendant Coinbase, Inc. and its counsel Gabrielle Daneeka Hann, Gilbert Walton, and Nathan L Walker of The Norton Law Firm PC to show cause why they should not be sanctioned in the amount of $500 each for their failure to comply with the Court's order.  Defendant Coinbase, Inc. and its counsel shall respond in writing to this Order to Show Cause no later than **noon** on **Tuesday, July 5, 2022**.

     **IT IS SO ORDERED.**

cc: Honorable John W. Holcomb